**Order entered July 26, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00210-CV

## KIRK LAUNIUS, Appellant

## V.

## DIANA FLORES, IN HER OFFICIAL CAPACITY AS PRESIDING OFFICER, CHAIR OF TRUSTEES, OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08429**

### ORDER

Before the Court is the July 20, 2021 request of Brooke Wagner, Official Court Reporter for County Court at Law No. 5, for an extension of time to file the reporter's record to August 23, 2021. This Court has given this appeal priority. Accordingly, we **GRANT** the request **only to the extent** that we extend the deadline to **August 9, 2021**. We caution Ms. Wagner that further extension requests will be strongly disfavored.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE